TAR HEEL HOME HEALTH, INC. v. N.C. DEPT. OF HUMAN RESOURCES

No. 244P98

Case below: 129 N.C.App. 646

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Justice Wynn recused.

TOWN OF SPENCER v. TOWN OF EAST SPENCER

No. 285PA98

Case below: 129 N.C.App. 751

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 18 August 1998. Petition by plaintiff for writ of super- sedeas and motion for temporary stay allowed 18 August 1998.

WARREN v. GUILFORD COUNTY

No. 293P98

Case below: 129 N.C.App. 836

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied and defendant's additional issues dismissed as moot 8 October 1998.

WASHINGTON v. MITCHELL

No. 238P98

Case below: 129 N.C.App. 648

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Justice Wynn recused.

WILLIAMS v. TOWN OF KERNERSVILLE

No. 278P98

Case below: 129 N.C.App. 734

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Justice Wynn recused.